# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

MARTIN MENDOZA
                Plaintiff(s)
            V.                    **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

WESTERN NEW YORK CAPITAL, INC.

                Defendant(s)    **CASE NUMBER:**    10cv188-JM(WVG)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

that the court grants the motion for default judgment and instructs the Clerk of Court to enter judgment in favor of Plaintiff and against Defendant in the amount of $4.919.50..............................................................
................................................................................................................................................................
................................................................................................................................................................

| August 3, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By)
      Deputy Clerk
ENTERED ON August 3, 2010